UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA CALDERON,

                Plaintiff,

      -against-

BRONX CARE HOSPITAL; HEALTH FIRST
INSURANCE,

                Defendants.

26-cv-2373 (LLS)

CIVIL JUDGMENT

For the reasons stated in the May 18, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated:    May 20, 2026
          New York, New York

                    /s/ Louis L Stanton
                      Louis L Stanton
               United States District Judge